IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SUNFLOWER BANK, N.A., assignee of B & W ELECTRICAL CONTRACTORS, INC.,<br>　　　　　　　　　　　Plaintiff<br><br>　　　v.<br><br>DOBSON BROTHERS CONSTRUCTION COMPANY,<br>　　　　　　　　　　　Defendant. | )<br>)<br>)<br>)<br>)　Case No.　06-2526-KHV-DJW<br>)<br>)<br>)<br>) |

(Pursuant to K.S.A. Chapter 60)

**AGREED ORDER FOR DISMISSAL WITH PREJUDICE**

　　　This case comes before the Court, with no hearing having been held, for an Agreed Order for Dismissal With Prejudice. The appearing parties request that the Court dismiss with prejudice all claims herein that have been asserted against each other. The appearing parties jointly announce to the Court that they have reached a full and final settlement of any and all claims, known or unknown, between Plaintiff and Defendant, and such parties do for themselves and their respective successors, assigns, heirs, and/or personal representatives, release and forever discharge the other party and their attorneys, agents, successors, assigns, heirs, and/or personal representatives, of and from any and all present or past claims of any and all types, known or unknown, and any and all other claims which each may now have against the other, and further such release and discharge includes any other claims which may hereafter accrue or otherwise be acquired, on account of, or in any way growing out of the subject matter or claims which were or could have been asserted by either against the other in this case.

　　　WHEREUPON, after hearing statements of counsel, reviewing the file and being duly advised in the premises, the Court finds the settlement to be fair and just, and a full, final and complete settlement of all issues between the parties.

1

IT IS THEREFORE BY THE COURT ORDERED, ADJUDGED AND DECREED by virtue of the full and final settlement of any and all claims, known or unknown, between Plaintiff and Defendant, the Court hereby dismisses with prejudice any and all present or past claims of any and all types, known or unknown, held by either Plaintiff or Defendant against the other, any and all other claims which each may now have against the other, and any other claims which may hereafter accrue or otherwise be acquired, on account of, or in any way growing out of the subject matter or claims which were or could have been asserted by either against the other in this case.

IT IS FURTHER ORDERED that each such party shall bear its own attorney fees and costs.

IT IS SO ORDERED.

Dated in Kansas City, Kansas on this 14th day of March, 2007.

s/ Kathryn H. Vratil
Kathryn H. Vratil
United States District Judge

**Prepared and submitted by:**

/s Michael P. Alley
Michael P. Alley, KS #19790
CLARK, MIZE & LINVILLE, CHTD.
P.O. Box 380
Salina, KS 67402-0380
Tel. (785) 823-6325; Fax (785) 823-1868
Attorneys for Plaintiff

**Approved by:**

/s Kory D. George
Kory D. George, NE # 22655
WOODS & AITKEN LLP
301 S. 13th St., Suite 500
Lincoln, NE 68508
Tel. (402) 437-8500; Fax (402) 437-8558
Attorneys *Pro Hac Vice* for Defendant